UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LAROY DIGGS,<br><br>    Petitioner,<br><br>    v.<br><br>PATTON STATE HOSPITAL,<br><br>    Respondent. | Case No. 22-cv-07007-VC<br><br>**ORDER OF DISMISSAL** |

    Michael LaRoy Diggs filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Dkt. No. 1. The court informed Diggs that he filed a mixed petition with exhausted and unexhausted claims. Dkt. No. 9 at 2. He was given 28 days to either dismiss the unexhausted claim, dismiss the action and return to state court to exhaust, or file a motion for a stay. *Id*. at 3. He was told that the case would be dismissed without prejudice if he did not respond. The 28 days has passed, and Diggs has not filed a response or otherwise communicated with the court. This case is therefore DISMISSED without prejudice.

    **IT IS SO ORDERED.**

Dated: July 17, 2023

_____
VINCE CHHABRIA
United States District Judge